IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR387 |
| ) | |
| JUAN ANTONIO GARCIA, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

IT IS ORDERED that the following is set for hearing on **November 9, 2005** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Bond Hearing RE: Motion [20]

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 8th day of November, 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge